**FILED**
2:51 pm Mar 03 2025
Clerk U.S. District Court
Northern District of Ohio
Akron

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>- 1283 Nome Avenue, Akron, Ohio 44320 and curtilage thereto<br><br>- Jordan Amiere HULING, 18-year-old male, approximate height: 6'02", approximate weight: 205 lbs., black hair, brown eyes, DOB: XX/XX/2004 | ) CASE NO.: 5:23MJ1270-5:23MJ1271<br>)<br>) MAGISTRATE JUDGE<br>) AMANDA M. KNAPP<br>)<br>) TO BE FILED UNDER SEAL<br>)<br>)<br>) |

## MOTION TO UNSEAL SEARCH WARRANT, APPLICATION, AND AFFIDAVIT IN SUPPORT

Now comes the United States of America, by and through its counsel, Carol M. Skutnik, Acting United States Attorney, and Peter E. Daly, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing the search warrants, applications, and affidavits in support filed under Case No. 5:23MJ1270 and 5:23MJ1271, so that counsel for the government may disclose same to state and local authorities for their use in the criminal prosecution of persons associated with the investigation to which the search warrants relate.

Counsel for the government submits that the search warrants in Case No. 5:23MJ1270 and 5:23MJ1271, including the applications and affidavits in support, were ordered sealed at the government's request since the contents related to a then-pending investigation and sealing of the affidavits was deemed necessary to prevent compromise of the then-pending investigation. Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing the search warrants, applications and affidavits in support filed in Case No. 5:23MJ1270 and 5:23MJ1271.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By: /s/ Peter E. Daly
Peter E. Daly (OH: 0084745)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0529
(330) 375-5492 (facsimile)
Peter.Daly@usdoj.gov